AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schroeder III, Robert W. | U.S. District Court for the Eastern District of Texas | 5/11/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge - active | ☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States District Court
500 North State Line, Room 309
Texarkana, Texas 75501

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder III, Robert W. | 5/11/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Intellectual Property American Inn of Courts | March 7-8, 2019 | Houston, Texas | IP Inn of Courts (meeting) | Travel, lodging and meals |
| 2. | USC Gould School of Law | March 18-20, 2019 | Los Angeles, California | 2019 Intellectual Property Institute (speaker) | Travel, lodging and meals |
| 3. | Stanford University | October 3-6, 2019 | Palo Alto, Califonia | SLS Round-table on Patent Damages (speaker) | Travel, lodging and meals |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Stanford University | Tuition Agreements | None |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder III, Robert W. | 5/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Schwab Accounts (H) | | | | | | | | | |
| 2.   -Schwab Account | A | Interest | J | T | | | | | |
| 3.   -Schwab Bank Sweep | B | Interest | K | T | | | | | |
| 4.   -Schwab VALUE ADVANTAGE | A | Dividend | M | T | | | | | |
| 5.   -IShares Gold ETF | A | Dividend | J | T | | | | | |
| 6.   -Schwab Fund. Emg. Mkts. Lg. Com. ETF | A | Dividend | J | T | Buy<br>(add'l) | 08/15/19 | J | | |
| 7.   -Schwab Fund. Intl. 16g. Com. ETF | B | Dividend | | | Sold | 01/07/19 | J | | |
| 8.   -Schwab Fund. Intl. Sm. Com. ETF | A | Dividend | J | T | Buy<br>(add'l) | 12/09/19 | J | | |
| 9.   -Schwab Fund. US Lg. Com. ETF | A | Dividend | J | T | | | | | |
| 10.   -Schwab Fund US Sm. Com. ETF | A | Dividend | J | T | Buy<br>(add'l) | 12/09/19 | J | | |
| 11.   -Schwab Intl. Equity ETF | A | Dividend | J | T | Buy<br>(add'l) | 10/18/19 | J | | |
| 12.   -Schwab Intl. Sm. Cap. Equity ETF | A | Dividend | J | T | Buy<br>(add'l) | 12/09/19 | J | | |
| 13.   -Schwab U.S. Lg. Cap. ETF | A | Dividend | J | T | Buy<br>(add'l) | 12/09/19 | J | | |
| 14.   -Schwab U.S. Sm. Cap. ETF | A | Dividend | J | T | Buy<br>(add'l) | 10/18/19 | J | | |
| 15.   -Van Eck Vectors Long Muni Index ETF | B | Dividend | L | T | Buy | 12/16/19 | L | | |
| 16.   -Vanguard Global EX US ETF | A | Dividend | J | T | | | | | |
| 17.   -Vanguard Sm. Cap. ETF | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder III, Robert W. | 5/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -Vanguard S&P 500 ETF | A | Dividend | K | T | | | | | |
| 19. -XTrackers HiYLD Corp. Bnd. ETF | A | Dividend | | | Sold | 12/09/19 | J | A | |
| 20. -Invesco FTSE RAFI Dev. Mkts. ETF | A | Dividend | | | Buy | 01/07/19 | J | | |
| 21. | | | | | Sold | 08/15/19 | J | | |
| 22. -Invesco RAFI Emerg. Mkts. ETF | A | Dividend | J | T | Buy (add'l) | 12/09/19 | J | | |
| 23. -Invesco RAFI U.S. 1000 ETF | A | Dividend | K | T | | | | | |
| 24. -Invesco RAFI U.S. 1500 ETF | A | Dividend | J | T | | | | | |
| 25. -IShares Natl. Muni Bond ETF | A | Dividend | K | T | Buy | 12/06/19 | K | | |
| 26. -IShares Core MSCI Emerg. ETF | A | Dividend | J | T | | | | | |
| 27. -IShares Core US REIT ETF | A | Dividend | J | T | | | | | |
| 28. -SPDR Muni Bond ETF | A | Dividend | | | Sold | 12/09/19 | K | B | |
| 29. -SPDR TIPS ETF | A | Dividend | | | Sold | 10/18/19 | J | A | |
| 30. -SPDR EMERG. MKTS. ETF | A | Dividend | J | T | | | | | |
| 31. Bank OZK Account | D | Interest | N | T | | | | | |
| 32. Comm. Natl. Accounts | A | Interest | | | Closed | 05/29/19 | J | | |
| 33. Wells Fargo Accounts | A | Interest | K | T | | | | | |
| 34. Guaranty Bond Accounts | D | Interest | N | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder III, Robert W. | 5/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SEP #1 (H) | | | | | | | | | |
| 36. Amer. Funds. The Bond Fund of America | A | Dividend | K | T | | | | | |
| 37. Amer. Funds Capital Income Building | A | Dividend | | | Sold | 10/28/19 | K | | |
| 38. Amer. Funds Capital World Growth & Income | B | Dividend | M | T | | | | | |
| 39. Amer. Funds Europacific Growth Fund | A | Dividend | K | T | | | | | |
| 40. Amer. Funds The Growth Fund of America | B | Dividend | M | T | Buy (add'l) | 10/28/19 | K | | |
| 41. Amer. Funds New Perspective Fund | A | Dividend | K | T | | | | | |
| 42. Amer. Funds Washington Mutual Investors Fund | B | Dividend | L | T | | | | | |
| 43. 403(b) #1 (H) | | | | | | | | | |
| 44. -Capital Group Growth Portfolio-A | A | Dividend | K | T | | | | | |
| 45. Real Estate Parcel 1 - Texarkana, TX (2011 $180,000)(X) | | None | | | Sold | 09/05/19 | M | D | |
| 46. Farmers Bank Account | D | Interest | N | T | | | | | |
| 47. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder III, Robert W. | 5/11/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder III, Robert W. | 5/11/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert W. Schroeder III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544